# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DIANSKY ROUZARD, AS
PARENT OF MINOR A.D.R.;

Plaintiff,

v. Case No.: 6:26-cv-00399-CEM-LHP

UNITED STATES OF AMERICA,

Defendant,

---

## ORDER
(And Direction to Clerk of Court)

Before the Court is Plaintiff's Notice and Request for Clarification Regarding Case Status and June 17, 2026 Reassignment Order. Doc. No. 28. By the motion, Plaintiff, appearing *pro se*, seeks clarification regarding the reassignment of this case to the undersigned on June 17, 2026, Doc. Nos. 26, 27, such that Plaintiff asks to clarify: (1) the meaning of "other related cases" in the order of transfer issued by Magistrate Judge Robert M. Norway (Doc. No. 26); (2) whether the reassignment to the undersigned affects any pending motions or filings; (3) the scope of the undersigned's authority in the case; and (4) the next anticipated steps in this litigation. Doc. No. 28.

Upon consideration, the motion is **GRANTED in part**, such that the Court informs Plaintiff that this case was transferred to the undersigned given a prior case

regarding Plaintiff's child's social security benefits where undersigned was the assigned Magistrate Judge, *see* No. 6:24-cv-00585-CEM-LHP. The undersigned exercises authority in this case as is consistent with 28 U.S.C. § 636. With the transfer of this case to the undersigned, matters previously referred to Judge Norway are now referred to the undersigned, and the only pending filing is Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), construed as a motion to proceed *in forma pauperis*. *See* Doc. No. 25. The motion to proceed *in forma pauperis* (Doc. No. 25) will be separately addressed, in compliance with the requirements of 28 U.S.C. § 1915. In all other respects, Plaintiff's motion for clarification (Doc. No. 28) is **DENIED.**

The Clerk of Court is directed to mail Plaintiff a copy of the docket sheet, along with a copy of this Order.

**DONE** and **ORDERED** in Orlando, Florida on July 28, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties