UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DIANSKY ROUZARD, AS PARENT OF MINOR A.D.R.,**

**Plaintiff,**

**v.** **Case No. 6:26-cv-399-CEM-LHP**

**UNITED STATES OF AMERICA,**

**Defendant.**
__________________________________/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 25). The United States Magistrate Judge issued a Report and Recommendation (Doc. 30), recommending that the Motion be denied without prejudice, that the Complaint (Doc. 1) and Supplemental Complaint (Doc. 23) be dismissed without prejudice, and that Plaintiff be given leave to amend. Plaintiff filed Objections (Doc. 31).

Pursuant to 28 U.S.C. § 636(b)(1), when a party makes a timely objection, the Court shall review *de novo* any portions of a magistrate judge's R&R concerning specific proposed findings or recommendations to which an objection is made. *See also* Fed. R. Civ. P. 72(b)(3). *De novo* review "require[s] independent consideration of factual issues based on the record." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896

F.2d 507, 513 (11th Cir. 1990) (per curiam). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Plaintiff does not object to the recommendation that his pleadings be dismissed without prejudice and he be given leave to amend. Instead, Plaintiff takes issue with the Magistrate Judge's understanding of his factual allegations and certain legal conclusions as applied to those allegations. As to the former, the crux of the R&R is that it is difficult to understand precisely what Plaintiff is alleging. Thus, Plaintiff will be given leave to amend. As to the R&R's legal analysis, Plaintiff's objections are without merit. While the legal analysis of any amended pleading will necessarily turn on the facts asserted therein, the analysis in the R&R, as it applies to the current pleadings is appropriate. *Williams v. Omega Labs. Inc.*, 2026 WL 1847300, at *2 (11th Cir. June 26, 2026) (holding that a district court need not "restate what was already detailed" by the Magistrate Judge and adopted into the order).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 30) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 25) is **DENIED without prejudice**.
3. **On or before December 9, 2026**, Plaintiff may file a Second Amended Complaint that complies with the Report and Recommendation.
4. **Also on or before December 9, 2026**, Plaintiff shall file a renewed Motion to Proceed *In Forma Pauperis*.
5. Failure to comply with this Order will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties